Mary J. Hackett
mhackett@reedsmith.com
Beth A. Thomas
bthomas@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL ARBITRATION FORUM, ET AL..,<br><br>        Defendants. | No.: 09-9325 AG (RNBx)<br><br>**DEFENDANT BANK OF AMERICA N.A.'S CORPORATE DISCLOSURE STATEMENT**<br><br>F.R.C.P. 7.1 |

Pursuant to Rule 7.1 of the Federal Rules Of Civil Procedure, Defendant Bank of America, N.A. states the following:

Bank of America, N.A. is a wholly owned subsidiary of Bank of America Corporation, a publicly held corporation. No publicly held company owns 10% or more of Bank of America, N.A stock. Bank of America Corporation is a publicly traded company, with no publicly traded corporation owning 10 percent or more of the stock of Bank of America Corporation.

DATED: February 16, 2010

                            REED SMITH LLP

                    By:   /s/ David S. Reidy
                          David S. Reidy

DEFENDANT BANK OF AMERICA N.A.'S CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE

RE: Townsend v. NAF – US DC Central District No. 09-9325 AG (RNBx)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On **February 16, 2010**, I served the following document(s) by the method indicated below:

## DEFENDANT BANK OF AMERICA N.A.'S CORPORATE DISCLOSURE STATEMENT

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Robert Townsend
P O Box 3330
Dana Point, CA 92629

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **February 16, 2010**, at San Francisco, California.

_____
Victoria Fedoroff

US_ACTIVE-103203165.1