| | |
|---|---|
| 1 | MARVIN BARTEL #107531 |
| | MORGAN R. EVANS #198278 |
| 2 | BARTEL & EVANS LLP |
| | 4695 MacArthur Court, Suite 310 |
| 3 | Newport Beach, CA 92660 |
| | Telephone: (949) 752-3700 |
| 4 | Facsimile: (949) 752-3701 |

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

ROBERT TOWNSEND,

        Plaintiff,

v.

NATIONAL ARBITRATION FORUM, INC., et al.,

        Defendants.

Case No. SACV-09-9325 VBF (RNBx)

Assigned for all Purposes to the Hon. Valerie Fairbank

**JUDGMENT**

[Notice of Motion for Summary Judgment, Memorandum of Points and Authorities, Separate Statement of Undisputed Facts and Conclusions of Law, Declarations of Scott Taylor and Marvin Bartel, and Request for Judicial Notice All Filed Concurrently Herewith]

1

It is hereby ordered, adjudged and decreed that:

1. The first amended complaint of Plaintiff Robert Townsend is hereby dismissed with prejudice as to Defendant Wells Fargo Bank, N.A.;

2. Judgment is hereby granted and entered on the first amended complaint in favor of Defendant Wells Fargo Bank, N.A. and against Plaintiff Robert Townsend; and

3. ~~Defendant Wells Fargo Bank, N.A. is awarded its costs of suit.~~

Dated: April 5, 2010

_____
United States District Court Judge
Valerie Fairbank

SUBMITTED BY:

Dated: March 1, 2010        BARTEL & EVANS LLP

By: _____/s/_____
Marvin Bartel
Attorneys for Defendant WELLS FARGO BANK, N.A.