Robert Townsend
P. O Box 3330
Dana Point, CA 92629
Phone: (949) 495-0089
Fax:  (949) 495-0580
townsend@runbox.com

Plaintiff In *Pro Per*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

| ROBERT TOWNSEND,<br>**Plaintiff**<br><br>vs.<br><br>NATIONAL ARBITRATION FORUM, et al<br>**Defendants** | Minnesota District Court Case No. **10-CV-02263 JPM (**<br>MDL Case **No. 10-2122**<br>Central District of California Case No: **CV-09-9325 VBF (RNBx)**<br><br>**PLAINTIFF'S NOTICE OF ERRATA**<br><br>**MAG JUDGE: JANIE S. MAYERON**<br>**HEARING DATE: TBD BY THE COURT** |
|---|---|

TO THE CLERK OF THE COURT AND ALL PARTIES OF INTEREST AND THEIR ATTORNEY'S OF RECORD.

PLEASE TAKE NOTICE that, **PLAINTIFF'S NOTICE OF MOTION FOR RULE 11 SANCTIONS AGAINST CHASE BANK USA, N.A., J.P. MORGAN CHASE, and its COUNSEL WENDY KROG, ESQ**, docket # 183 is mis-titled as a "Motion for Partial Summary Judgment." It should be properly titled

**"PLAINTIFF'S NOTICE OF MOTION FOR RULE 11 SANCTIONS AGAINST CHASE BANK USA, N.A., J.P. MORGAN CHASE, and its COUNSEL WENDY KROG, ESQ",**

July 2, 2010

Respectfully submitted,

By: /s/

Robert Townsend
P. O Box 3330
Dana Point, CA 92629
Phone: (949) 495-0089
Fax:   (949) 495-0580
townsend@runbox.com

Plaintiff In *Pro Per*

### CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY E-MAIL AND CACD CM/ECF**

Respectfully submitted,

By: /s/

ROBERT TOWNSEND,
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED: July 2, 2010