UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: National Arbitration Forum                    Civil No. 09-1939 (PAM/JSM)
Trade Practices Litigation,

**ORDER**

This document relates to:

Townsend v. National Arbitration Forum, Inc.         Civil No. 10-2263 (PAM/JSM)

---

This matter is before the Court on Plaintiff Robert Townsend's Motion to Lift the Stay. In July 2010, this Court stayed all proceedings in this multidistrict litigation to allow the parties to pursue mediated settlement discussions. The mediation was successful, and the majority of the claims in the litigation have been settled. The Court will hold a hearing on the proposed settlement in August.

Townsend contends that his case is not part of the settlement and asks the Court to lift the stay so that his case may proceed. Defendants oppose the Motion, noting that not until the settlement is approved will the Court have a complete picture of what claims remain. The Court agrees that it is appropriate to continue the stay until the settlement is fully consummated.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion to Lift the Stay (Docket No. 213) is **DENIED**.

Dated:   May 26, 2011

                                                   s/Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court Judge